AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| William Anthony Williams, <br> *Petitioner* <br> v. <br> South Carolina, State of. <br> *Respondent* | ) <br> ) <br> ) Civil Action No.  1:20-cv-01484-TMC <br> ) <br> ) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one):*

❐ the petitioner *(name)* _____ recover from the respondent *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

❐ the petitioner recover nothing, the action be dismissed on the merits, and the respondent *(name)* _____ _____ recover costs from the petitioner *(name)* _____.

■ the petitioner, William Anthony Williams, shall take nothing of the respondent, South Carolina, State of, and this action is dismissed without prejudice.

This action was *(check one)*:

❐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Timothy M. Cain, United States District Judge, presiding. The Court having dismissed this action without prejudice.

Date:  September 18, 2020                               *ROBIN L. BLUME, CLERK OF COURT*

                                                          s/L. Baker
                                              _____
                                                *Signature of Clerk or Deputy Clerk*